UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH SEMANY

      Plaintiff,

vs.

Case No. 04-74389

Hon. John Feikens

HEWLETT PACKARD COMPANY,
a foreign profit corporation

      Defendant.
_____/

| EISENBERG & BOGAS, P.C. | BUTZEL LONG, P.C. |
|---|---|
| Kathleen L. Bogas (P25164) | Richard T. Hewlett (P41271) |
| Stacey M. Washington (P40788) | Regan K. Dahle (P53975) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 33 Bloomfield Hills Parkway, Suite 145 | 350 S. Main Street, Sutie 300 |
| Bloomfield Hills, MI 48304 | Ann Arbor, MI 48104 |
| (248) 258-6080 | (734) 995-3110 |

## INDEX OF EXHIBITS

Exhibit 1    Deposition Transcript of Joseph Semany (January 25, 2006)

Exhibit 2    Plaintiff's Answers to Defendant's Third Set of Document Requests (12/11/2006)

Exhibit 3    *Johnson v. Kraft Foods North America, Inc., et al,* 236 FRD 535, 2006 US Dist LEXIS 40923 (2006).

Exhibit 4    *Bowman v. Orleans Parish School Board,* 2004 US Dist LEXIS 3783.

Exhibit 5    Correspondence to Attorney K. Bogas dated November 17, 2006 and December 6, 2006